**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CHARLES CHRISTOPHER ASHFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV-06-437-R** |
| | ) | |
| **JOHN DOES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

Before the Court is the Amended Report and Recommendation of United States

Magistrate Judge Bana Roberts [Doc. 13] entered November 1, 2006.  No objection to the

Amended Report and Recommendation has been filed nor has an extension of time in which

to object been sought or granted.  Therefore, the Amended Report and Recommendation is

ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED with prejudice pursuant

to 28 U.S.C. § 1915A(b) because Plaintiff's claim is barred by the applicable statute of

limitations.  Dismissal of this action shall count as a strike pursuant to 28 U.S.C. § 1915(g)

after Plaintiff has exhausted or waived his right to appeal.

   **It is so ordered this 29th day of November, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE